IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  **20-cr-203-WJM**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. WASEEM TARIQ MALIK,
2. SAJIDA MANZOOR MALIK,

    Defendants.

---

## INDICTMENT

---

The Grand Jury charges:

### COUNTS 1-16
### WIRE FRAUD

1.    Beginning on or around October 1, 2010, and continuing to on or about November 30, 2018, in the State and District of Colorado, defendants, Waseem Tariq Malik and Sajida Manzoor Malik (defendants hereinafter), devised, intended to devise, and participated in a scheme and artifice to defraud the Supplemental Nutrition Assistance Program, a federally-funded program administered by the U.S. Department of Agriculture Food and Nutritional Service.

Background

At all times relevant to the Indictment:

2. The Supplemental Nutrition Assistance Program ("SNAP"), formerly known as the "Food Stamp Program," is a federally-funded assistance program administered by the United States Department of Agriculture ("USDA") Food and Nutritional Service ("FNS"). The program is designed to provide authorized food items to low-income families. The federal government pays the full cost of the SNAP benefits.

3. Under the SNAP program, authorized recipients are issued a certain amount of benefits each month, which they may use to purchase eligible food items. SNAP recipients typically receive their benefits in the form of a credit on their personal electronic benefit transfer ("EBT") card. SNAP benefits may not be used to purchase items other than eligible food, and they cannot be redeemed for cash.

4. The FNS authorizes certain grocery retail stores to accept SNAP EBT cards from authorized recipients for eligible food items. The SNAP EBT card system is a computer-based system through which the SNAP benefit authorization is received from a central computer through the point-of-sale ("POS") terminal located at each individual retailer. In order for a recipient to access his/her benefits to purchase eligible food items, his/her EBT card must be swiped through the store's POS terminal, which records the EBT card number, date, time, and amount of the transaction. The recipient then enters his/her Personal Identification Number ("PIN") in order to execute a transaction.

5. The State of Colorado EBT card system was operated under contract with JPMorgan Chase Bank ("JPMorgan") until August 27, 2017. Under this contract, when a SNAP recipient used his/her EBT card, JPMorgan electronically debited the EBT account of the SNAP recipient in the amount of the food purchased. Within a few days, the retailer's bank account was credited by JPMorgan in an amount equal to the aggregate value of all SNAP transactions

completed within that time.  JPMorgan was subsequently reimbursed by the State of Colorado for the SNAP benefits issued to the retailers.  The State of Colorado, in turn, was then reimbursed by the FNS.

6. Since August 27, 2017, the State of Colorado EBT card system has been operated by Fidelity National Informational Services ("FIS").  Under this system, when a SNAP recipient used his/her EBT card for a food purchase, the FIS system records the use of the EBT card in order to reimburse the authorized grocery retailer.   At the end of each day, the FIS creates an Automated Clearing House ("ACH") file at the FIS Data Center in New Berlin, Wisconsin.  The ACH file is sent electronically to Wells Fargo Bank in St. Paul, Minnesota, which serves as the FIS originator.   Wells Fargo Bank originates the ACH file into the Federal Reserve Bank in Minneapolis, Minnesota, which then transfers money to the authorized grocery retailer's third party processor.  The third party processor also uses the ACH process to transfer the money to the authorized grocery retailer's bank account.   After the ACH transfer is completed, FIS draws funds to cover all authorized retailer payments from an FNS letter of credit set up for the State of Colorado, so authorized grocery retailers participating in SNAP program are ultimately electronically reimbursed by FNS.

7. Any use of an EBT card at a POS terminal in Colorado to redeem benefits, results in an interstate wire communication.

<u>The Scheme and Artifice to Defraud</u>

8. The essence of the scheme and artifice to defraud was for the defendants to fraudulently obtain money and property by allowing individuals to trade their SNAP benefits at World Food for ineligible items and cash instead of eligible food.

<u>Manner and Means of the Scheme and Artifice to Defraud</u>

The manner and means by which the defendants sought to accomplish the scheme, included, among others, the following.

9. Waseem Tariq Malik owned and operated, along with his wife, Sajida Manzoor Malik, World Food Bazaar, Inc. ("World Food"), a business categorized by the USDA as a medium grocery store located in Aurora, Colorado. Defendant Waseem Tariq Malik completed paperwork seeking authorization from the USDA FNS for World Food to participate in the SNAP program in July 2006.

10. Defendants allowed SNAP recipients to trade their SNAP benefits at World Food for ineligible items and cash instead of eligible food purchases.

11. When SNAP recipients redeemed their benefits for cash, defendants charged customers SNAP benefit amounts that were over the value of the cash the customer obtained, retaining for themselves the difference between the SNAP charged amount and the amount of cash given to the customer.

12. When SNAP recipients redeemed their benefits for cash or ineligible items, defendants used the EBT machines at World Food to debit the SNAP recipients' accounts.

13. When defendants used the EBT machines at World Food to debit SNAP recipients' accounts, they represented to the SNAP program that the benefits were being redeemed to purchase eligible food items.

14. Defendants knew that the SNAP benefits were not actually being redeemed to purchase eligible food items.

15. From October 2010 to January 2018, defendants redeemed or caused to be redeemed over $4 million in SNAP benefits for transactions at the World Food store. This amount exceeded, for the same time period, average SNAP redemptions within the state of Colorado by medium grocery stores (redeeming approximately $769,944.73), large grocery stores (redeeming approximately $1,539.527.44), and supermarkets (redeeming approximately $3,708,060.81) during this same time period.

16. In 2006, when World Food was first authorized to accept SNAP benefits, it redeemed approximately $32,000 per month in these benefits. By 2015, that amount had increased to over $70,000 per month.

17. Over the course of the scheme, World Food's fraudulent actions resulted in a loss of over $2.6 million to USDA.

Execution of the Scheme and Artifice to Defraud

18. On or about the dates set forth below for each count, in the State and District of Colorado, defendants, having devised, intended to devise, and participated in the scheme described above, and for the purpose of executing that scheme, transmitted and caused to be transmitted by means of a wire communication in interstate commerce the signals and sounds described below for each count, each transmission constituting a separate count:

| Count | | Date | Wire Transmission |
|---|---|---|---|
| 1 | W. Malik | May 19, 2017 | SNAP benefit EBT transaction involving card XXXXXXXXXXXX4343 for $30.83 |
| 2 | W. Malik | June 13, 2017 | SNAP benefit EBT transaction involving card XXXXXXXXXXXX4343 for $55.74 |
| 3 | S. Malik | July 6, 2017 | SNAP benefit EBT transaction involving card XXXXXXXXXXXX6801 for $10.84 |
| 4 | W. Malik | September 12, 2017 | SNAP benefit EBT transaction involving card XXXXXXXXXXXX6231 for $96.29 |

| 5 | W. Malik | October 16, 2017 | SNAP benefit EBT transaction involving card XXXXXXXXXXXX6231 for $706.32 |
|---|---|---|---|
| 6 | S. Malik | November 8, 2017 | SNAP benefit EBT transaction involving card XXXXXXXXXXXX6231 for $395.03 |
| 7 | S. Malik | December 7, 2017 | SNAP benefit EBT transaction involving card XXXXXXXXXXXX6231 for $546.28 |
| 8 | W. Malik | January 10, 2018 | SNAP benefit EBT transaction involving card XXXXXXXXXXXX6231 for $489.53 |
| 9 | W. Malik | February 22, 2018 | SNAP benefit EBT transaction involving card XXXXXXXXXXXX6231 for $661.59 |
| 10 | W. Malik | March 29, 2018 | SNAP benefit EBT transaction involving card XXXXXXXXXXXX6231 for $79.26 |
| 11 | W. Malik | April 12, 2018 | SNAP benefit EBT transaction involving card XXXXXXXXXXXX6231 for $144.39 |
| 12 | W. Malik | May 7, 2018 | SNAP benefit EBT transaction involving card XXXXXXXXXXXX6231 for $67.78 |
| 13 | S. Malik | July 2, 2018 | SNAP benefit EBT transaction involving card XXXXXXXXXXXX6231 for $485.05 |
| 14 | W. Malik | September 4, 2018 | SNAP benefit EBT transaction involving card XXXXXXXXXXXX6231 for $267.76 |
| 15 | W. Malik | October 11, 2018 | SNAP benefit EBT transaction involving card XXXXXXXXXXXX6231 for $312.45 |
| 16 | W. Malik | October 20, 2018 | SNAP benefit EBT transaction involving card XXXXXXXXXXXX4265 for $641.85 |

All in violation of Title 18, United States Code, Section 1343.

### COUNT 17
SNAP Benefit Fraud

19. Beginning on or around October 1, 2010, and continuing to on or about November 30, 2018, in the State and District of Colorado, defendants, Waseem Tariq Malik and Sajida Manzoor Malik, knowingly used, transferred, acquired, and possessed benefits, as the term is defined in Title 7, United States Code, Section 2012(d), having a value of $5,000 or more, in a manner that Waseem Tariq Malik and Sajida Manzoor Malik knew was contrary to Title 7, United States Code, Chapter 51 and regulations issued pursuant thereto, in that the benefits were exchanged for ineligible items and cash and not used to purchase eligible food.

All in violation of Title 7, United States Code, Section 2024(b)(1) and Title 18, United States Code, Section 2.

## ASSET FORFEITURE ALLEGATIONS

20. The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

21. Upon conviction of the violations alleged in Counts One through Eighteen of this Indictment involving the commission of violations of Title 18, United States Code, Section 1343 and Title 7, United States Code, Section 2024(b)(1) defendants WASEEM TARIQ MALIK and SAJIDA MANZOOR MALIK shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c) any and all of the defendants' right, title and interest in all property constituting and derived from any proceeds the defendant obtained directly and indirectly as a result of such offense, including, but not limited to:

    a. $14,863.66 seized from World Food United Federal Bank account ending in #5639;
    b. $4,010.00 in United States currency seized from United Fidelity Bank Safe Deposit Box 701;
    c. $1,420.00 in United States currency; and
    d. A money judgment in the amount of proceeds obtained by the scheme and by the defendants.

22. If any of the property described above, as a result of any act or omission of the defendant:

    a) cannot be located upon the exercise of due diligence;
    b) has been transferred or sold to, or deposited with, a third

        party;
- c) has been placed beyond the jurisdiction of the Court;
- d) has been substantially diminished in value; or
- e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A TRUE BILL

<u>Ink signature on file in Clerk's Office</u>
FOREPERSON

JASON R. DUNN
United States Attorney

By: <u>s/Jeremy Sibert</u>
    Jeremy Sibert
    Assistant United States Attorney
    U.S. Attorney's Office
    1801 California Street, Suite 1600
    Denver, CO  80202
    Telephone: (303) 454-0100
    Fax:  (303) 454-0402
    E-mail: Jeremy.Sibert@usdoj.gov